IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG RANDALL MACNEIL,<br><br>Defendant. | Case No.: 6:26-MJ-00035-HBK<br><br>ORDER GRANTING MOTION TO APPEAR REMOTELY<br><br>(Doc. 8) |

Before the Court is defendant's motion for both defendant and counsel to appear by videoconference at Defendant's status conference scheduled for October 6, 2026 at 10:00 a.m. (Doc. 8). The Court finds good cause to grant the request.

Accordingly, IT IS ORDERED:

1. Defendant's motion (Doc. 8) is GRANTED.
2. Defendant and counsel are authorized to appear remotely at defendant's status conference set for October 6, 2026, and at all future hearings on this matter, unless otherwise ordered, before the Honorable Helena M. Barch-Kuchta.
3. The proceeding will occur via Zoom or another Court-designated platform; the Courtroom Deputy will provide connection details and instructions.

4. Counsel and defendant must use a stable connection and appear from a quiet, private location.
5. Recording, photography, or rebroadcasting is prohibited.
6. This order authorized remote appearance in this case unless the Court directs otherwise for a particular proceeding.

Dated: September 30, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE